ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Reef Systems-FSR, LLC | )  ASBCA No. 63223 |
| | ) |
| Under Contract No. HT0015-21-D-5001 | ) |

APPEARANCE FOR THE APPELLANT:     Scott F. Lane, Esq.
    Thompson Coburn LLP
    St. Louis, MO

APPEARANCES FOR THE GOVERNMENT:     Erik A. Troff, Esq.
    Deputy General Counsel
    Morgan Hilgendorf, Esq.
    John G. Terra, Esq.
    Trial Attorneys
    Defense Health Agency
    Falls Church, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 26, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63223, Appeal of Reef Systems-FSR, LLC, rendered in conformance with the Board's Charter.

Dated:  April 26, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals